IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. DNCW1:11CR54 |
| v. ) | (Financial Litigation Unit) |
| ) | |
| ROBERT GEORGE MATHIS, III, ) | |
| a.k.a. George Robert Mathis, III, ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and the Plan Administrator for the Old Edwards Hospitality Group 401K Plan:

A judgment was entered on December 13, 2012, in the United States District Court for the Western District of North Carolina in favor of the United States of America and against Defendant, Robert George Mathis, III, a.k.a. George Robert Mathis, III, whose last known address is ▆▆▆▆▆▆▆▆ Franklin, North Carolina, in the sum of $878,100.00. The balance on the account as of February 26, 2013 is $877,700.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property, and the Plan Administrator for the Old Edwards Hospitality Group 401K Plan is commanded to turn over property in which Defendant, Robert George Mathis, III, a.k.a. George Robert Mathis, III, Social Security Number ▆▆▆-▆▆-0735, has a substantial non-exempt interest, said property being any and all funds located in the retirement savings account held in the name of Defendant by the following: Old Edwards Hospitality Group, 137 South 4th Street, P.O. Box 2130, Highlands, North Carolina 28741, Attn: Plan Administrator for the Old Edwards Hospitality Group 401K Plan.

Signed: February 27, 2013

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge